■ ROBERT L. BROOKS, Respondent, v NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant. [648 NYS2d 417] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Bradstreet, J. (Appeal from Order of Supreme Court, Steuben County, Bradstreet, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ FREDERICK P. CROGAN, Plaintiff, v JOSEPH ANDERSON, Doing Business as SMOKIN JOE's, Defendant and Third-Party Plaintiff. MAY L. MILLER, Doing Business as M.L.M. CONSTRUCTION, Third-Party Defendant and Fourth-Party Plaintiff-Respondent; CLARK RIGGING & RENTAL CORPORATION, Fourth-Party Defendant-Appellant. [648 NYS2d 417] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Indemnification.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.